THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS PHILLIPS, Appellant.

Submitted October 10, 1950; decided October 20, 1950.

*Louis Phillips,* appellant in person.

*Frank A. Gulotta, District Attorney (Philip Huntington* and *Henry Root Stern, Jr.,* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, FULD and FROESSEL, JJ. CONWAY, DESMOND and DYE, JJ., dissent upon the ground that it does not appear that the defendant was advised of his right to the aid of counsel. (Code Crim. Pro., § 308; *People* v. *McLaughlin,* 291 N. Y. 480; *Matter of Bojinoff* v. *People,* 299 N. Y. 145.) [See 302 N. Y. 559.]